UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Banc Services Group, Inc.**, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:09CV01455 AGF |
| ) | |
| **North Central Area Credit Union** ) | |
| ) | |
| Defendant. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on September 11, 2009, and assigned to the Honorable Audrey G. Fleissig. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:09cv0127 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:09cv01455 AGF is hereby administratively closed. Judge Fleissig's name will be replaced for future assignment.

Dated this 14th day of September, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:09cv00127 LMB** in all future matters concerning this case.